AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☑ INDICTMENT  ☐ SUPERSEDING

**OFFENSE CHARGED**

8 U.S.C. Sections 1326(a) and (b) - Deported Alien Found in the United States

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

**PENALTY:**
20 years imprisonment; $250,000 fine; 3 years supervised release and $100 special assessment

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

**DEFENDANT - U.S.**

▶ FRANCISCO JAVIER GUTIERREZ-TORRES

**DISTRICT COURT NUMBER**

CR08-0046 CW

FILED
JAN 31 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**DEFENDANT**

**IS NOT IN CUSTODY**
1) ☑ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶ _____
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges } ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution _____

Has detainer been filed? ☐ Yes ☐ No } If "Yes" give date filed _____

**DATE OF ARREST** ▶ Month/Day/Year _____

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ▶ Month/Day/Year _____

☐ This report amends AO 257 previously submitted

**PROCEEDING**
Name of Complaintant Agency, or Person (&Title, if any)

Immigration and Customs Enforcement

☐ person is awaiting trial in another Federal or State Court, give name of court _____

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:  ☐ U.S. Att'y  ☐ Defense

} SHOW DOCKET NO. _____

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ▶

} MAGISTRATE CASE NO. _____

Name and Office of Person Furnishing Information on THIS FORM: **JOSEPH P. RUSSONIELLO**
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)  AUSA Chinhayi J. Coleman

**ADDITIONAL INFORMATION OR COMMENTS**

**PROCESS:**
☐ SUMMONS  ☐ NO PROCESS*  ☑ WARRANT   Bail Amount: NO BAIL

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address: _____

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____
Before Judge: _____

Comments:

# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**
**CRIMINAL DIVISION**
VENUE: **OAKLAND**

---

UNITED STATES OF AMERICA,

V.

FRANCISCO JAVIER GUTIERREZ-TORRES,

CR08-0046   CW

DEFENDANT.

---

## INDICTMENT

8 U.S.C. Sections 1326(a) and (b) - Deported Alien Found in the United States

---

A true bill.

_____
Foreman

Filed in open court this 31st day of January, 2008

_____
Clerk

Bail $ No bail/arrest warrant.
1/31/08

JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

FILED

2008 JAN 31  PM 12: 50

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FRANCISCO JAVIER GUTIERREZ-TORRES,<br><br>Defendant. | No. CR08-0046 CW<br><br>VIOLATION: 8 U.S.C. §§ 1326(a) and (b) – Deported Alien Found in the United States<br><br>OAKLAND VENUE |

### INDICTMENT

The Grand Jury charges:

1.  Prior to February 10, 2007, the defendant, FRANCISCO JAVIER GUTIERREZ-TORRES, was convicted of at least one felony crime punishable by a term of imprisonment exceeding one year.

2.  On or about February 10, 2007, the defendant, FRANCISCO JAVIER GUTIERREZ-TORRES, was removed, excluded, and deported from the United States.

3.  After February 10, 2007, the defendant, FRANCISCO JAVIER GUTIERREZ-TORRES, knowingly and voluntarily reentered and remained in the United States.

4.  On or about April 10, 2007, in the Northern District of California, the defendant,

INDICTMENT

1  FRANCISCO JAVIER GUTIERREZ-TORRES, an alien, was found in the United States without
2  having obtained the express consent of the Attorney General or the Secretary of the Department
3  of Homeland Security to reapply for admission into the United States, in violation of Title 8,
4  United States Code, Sections 1326(a) and (b).

6  DATED: January 31, 2008                          A TRUE BILL.

                                                   *[signature]*
                                                   FOREPERSON

JOSEPH P. RUSSONIELLO
United States Attorney

*[signature]*

W. DOUGLAS SPRAGUE
Chief, Oakland Branch

(Approved as to form: *[signature]*
                      AUSA Chinhayi J. Coleman

INDICTMENT