1 | JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

2 | BRIAN J. STRETCH (CABN 163973)
3 | Chief, Criminal Division

4 | CHINHAYI J. COLEMAN (CABN 194542)
Assistant United States Attorney

5
6 | 1301 Clay Street, Suite 340-S
Oakland, California 94612
Telephone: (510) 637-3680
7 | Fax: (510) 637-3724

8 | Attorneys for the United States of America

**FILED**

FEB 0 5 2008

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) No. CR 08-0046 CW |
|---|---|
| Plaintiff, | ) [PROPOSED] ORDER AND PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM |
| v. | ) |
| FRANCISCO JAVIER GUTIERREZ-TORRES, | ) |
| Defendant. | ) |

TO: The Honorable Maria-Elena James, United States Magistrate Judge for the Northern District of California:

The United States of America, by Assistant United States Attorney Chinhayi Coleman, respectfully petitions the Court to issue a Writ of Habeas Corpus Ad Prosequendum for the prisoner FRANCISCO JAVIER GUTIERREZ-TORRES. The prisoner is requested to appear in the above-referenced matter before Honorable Wayne D. Brazil, United States Magistrate Judge,

///

WRIT AD PROSEQUENDUM
CR 08-0046 CW

1301 Clay Street, Courtroom #4, Oakland, California on February 29, 2008 at 10:00 am. His place of custody and jailor are set forth in the attached writ.

DATED: February 5, 2008

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

CHINHAYI COLEMAN
Assistant United States Attorney

IT IS SO ORDERED.

DATED: February 5, 2008

HON. MARIA-ELENA JAMES
United States Magistrate Judge

WRIT AD PROSEQUENDUM
CR 08-0046 CW

2

THE PRESIDENT OF THE UNITED STATES OF AMERICA

To: **FEDERICO ROCHA**, United States Marshal for the Northern District of California; any of his authorized deputies; and the Jailor, Warden or Sherif of the Calipatria State Prison, Calipatria, California:

GREETINGS

**WE COMMAND** that on February 29, 2008, at 10:00 am, you have and produce the body of FRANCISCO JAVIER GUTIERREZ-TORRES, CDC # V042323, who is in your custody in the herein above-mentioned institution, before the United States District Court in and for the Northern District of California, in the courtroom of Honorable Wayne D. Brazil, United States Magistrate Judge, 1301 Clay Street, Courtroom #4, Oakland, California, in order that FRANCISCO JAVIER GUTIERREZ-TORRES may then appear in District Court upon charges heretofore filed against him in the above-captioned case, and that immediately after said hearing to return him forthwith to the above-mentioned institution, or to abide by such order of the Court as shall thereafter be made concerning the custody of said prisoner, and further to produce said prisoner at all times necessary until the termination of proceedings in this Court;

**IT IS FURTHER ORDERED** that should the local or state custodian release from its custody the above-named person, he be immediately delivered and remanded to the United States Marshal and/or his authorized deputies under this Writ.

**WITNESS** the Honorable, United States Magistrate Judge for the Northern District of California.

Dated: February 5, 2008

CLERK, UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

By: _____  BRENDA TOLBERT
DEPUTY CLERK

WRIT AD PROSEQUENDUM
CR 08-0046 CW

3